### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**GARY BOND**                                                                       **PETITIONER**

**v.**                                                         **CIVIL ACTION NO. 3:11CV-P672-S**

**MARK BOLTON**                                                              **RESPONDENT**

### <u>MEMORANDUM OPINION</u>

Petitioner Gary Bond filed a *pro se* petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241.  He filed a blank, unsigned application to proceed without prepayment of fees

along with a copy of his jail trust account statement.

By Order entered December 15, 2011, the Court directed Petitioner to fully complete and

sign his application to proceed without prepayment of fees.  The Court warned Petitioner that his

failure to comply within 30 days may result in dismissal of the petition.  The 30 days have

passed, and the docket sheet reveals that Petitioner has failed to comply.

Accordingly, by separate Order, the Court will dismiss the action without prejudice for

failure to comply with a prior Order of this Court.

Date:  February 6, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc:      Petitioner, *pro se*
4411.005